IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CALVIN RYDELL GROVNER, JR.

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.: CV207-102

GLYNN COUNTY DISTRICT
ATTORNEYS OFFICE,

　　　　Defendant.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

SO ORDERED, this 19 day of November, 2007.

　　　　　　　　　　　　　　　　　HONORABLE LISA GODBEY WOOD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)